IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CHEHARDY, SHERMAN, WILLIAMS RECILE & HAYES, LLP, and THE KING FIRM,<br><br>*Plaintiffs,*<br>v.<br><br>RECOVERY LEGAL GROUP, RAFAEL E. RIVERA-SANCHEZ, LAW OFFICE OF RAFAEL E. RIVERA- SANCHEZ, MAYTTE TEXIDOR-LOPEZ, TEXIDOR-LOPEZ L.L.C., TEXLO CONSULTING, MARIA ALMODOVAR, and MARICARMEN ALMODOVAR-DIAZ LAW OFFICE<br><br>*Defendants.* | CASE NO. 24-cv-01141 (JAG)<br><br>Re:   BREACH OF CONTRACT, TORTS |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT**

**COMES NOW**, Iván Gil Rosado Alfonso and hereby enters his appearance as counsel of record for **Rafael E. Rivera-Sanchez**, **Law Office of Rafael E. Rivera-Sanchez**, **Maytte Texidor-Lopez**, **Maria Almodóvar, Texidor-Lopez L.L.C.** and **Texlo Consulting, LLC**, Codefendants in the above-captioned case. The undersigned counsel requests that all pleadings, orders, notices, and other documents filed or served in this action be served upon him at the address set forth below.

Rosado-Alfonso Law Office, P.S.C.
PO Box 195015
San Juan PR 00919-5015
Tel. 787-641-0286
Fax 866-849-3462
irosado@rosado-alfonsolaw.com

**WHEREFORE**, it is very respectfully requested that this Honorable Court take notice of the appearance of Ivan Gil Rosado Alfonso as counsel for the above-named codefendants, and that all future filings in this case be served upon him.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record via the courts electronic filing system.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this June 3, 2024.

Attorney for Codefendants

Rosado-Alfonso Law Office, P.S.C.
PO Box 195015
San Juan PR 00919-5015
Tel. 787-641-0286
Fax 866-849-3462
*s/ Iván Gil Rosado-Alfonso*
USDC-PR No. 227002
irosado@rosado-alfonsolaw.com
