IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHEHARDY, SHERMAN, WILLIAMS RECILE &

HAYES, LLP, *et al.*,

    **Plaintiffs,**

                v.

RECOVERY LEGAL GROUP, *et al.*,

    **Defendants.**

CIVIL NO. 24-1141(JAG)

## JUDGMENT

Pursuant to this Court's Order, Docket No. 42, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, July 21, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE